# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CHRISTOPHER GLASS AND EMILY GLASS, | : | No. 346 EAL 2022 |
| | : | |
| | : | |
| Respondents | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| , | : | |
| v. | : | |
| | : | |
| | : | |
| B. BRAUN MEDICAL INC., B. BRAUN OF AMERICA INC., B. BRAUN CEGAT, LLC, AND B. BRAUN INTERVENTAL SYSTEMS INC., | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.